# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| AARON GARMAN,<br><br>                Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>                Defendant. | CASE NO.   C05-5076FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, the remaining record, and there being no objections to the report and recommendation, does hereby find and ORDER:

(1)     the Court adopts the Report and Recommendation;

(2)     the ALJ erred in his decision as described in the report;

(3)     the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings; and

(4)     the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 16th day of December 2005.

                /s/ Franklin D. Burgess
                FRANKLIN D. BURGESS
                UNITED STATES DISTRICT JUDGE