U.S. District Court Magistrate Judge Karen Strombom
U.S. District Court Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| AARON GARMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CIVIL NO. C05-5076FDB<br><br>AGREED ORDER FOR EAJA FEES,<br>COSTS AND EXPENSES |

Based on the Stipulation of the parties, it is hereby

ORDERED that Plaintiff's attorney Jeanette Laffoon is hereby awarded EAJA fees of $4,297.60, costs in the sum of $162.80 and expenses in the sum of $30.37.

DATED: January 13, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Jeanette Laffoon
JEANETTE LAFFOON, WSB #30872
Attorney for Plaintiff

AGREED ORDER FOR EAJA FEES,
COSTS & EXPENSES - Page 1
[C05-5076FDB]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

Approved for entry,
Notice of presentation waived:


/s/ Franco Becia
FRANCO BECIA, WSBA #26823
Special Assistant U.S. Attorney
Attorney for Defendant
(signed per telephonic agreement)

CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing Agreed Order for EAJA Fees, Costs, and Expenses with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Franco Becia
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS/901
Seattle, WA  98104-7075
franco.becia@ssa.gov

Brian C. Kipnis
Asst. U.S. Attorney
Department of Justice
U.S. Attorney's Office
700 Stewart Street, Ste 5220
Seattle, WA  98101-1271
brian.kipnis@usdoj.gov

I hereby certify that I have mailed by United States Postal Service foregoing Agreed Order for EAJA Fees, Costs, and Expenses and its attachments to the following non-CM/ECF participants:

    NONE

DATED:  January 12, 2006              /s/ Dawn Erdelbrock
                                      Dawn Erdelbrock, Legal Assistant
                                      MADDOX & LAFFOON, P.S.

AGREED ORDER FOR EAJA FEES,                    MADDOX & LAFFOON, P.S.
COSTS & EXPENSES - Page 2                      410-A South Capitol Way
[C05-5076FDB]                                  Olympia, WA. 98501
                                               (360) 786-8276